# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-2470 PA (AFMx) | Date | April 26, 2017 |
|---|---|---|---|
| Title | Bd. of Trustees of the Tile Indus. Health and Welfare Fund v. RDM Tile Co. N., Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| V.R. Vallery | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – ORDER

The Court is in receipt of an Answer (Docket No. 10) filed by defendant RDM Tile Company North, Inc. ("Defendant"), purporting to appear pro se. Pursuant to Local Rule 83-2.2.2, "[o]nly individuals may represent themselves pro se. No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court . . . ." Therefore, Defendant's Answer is improper under the Local Rules.

The Court therefore orders Defendant to show cause in writing no later than May 17, 2017, why its Answer should not be stricken and its default entered. A substitution of attorney appointing new counsel for Defendant shall be deemed an appropriate response to the order to show cause. If, however, Defendant does not adequately respond to the order to show cause by May 17, 2017, its Answer may be stricken and its default entered without further warning.

IT IS SO ORDERED.